# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWAY LOGISTICS LLC, | No. 4:20-CV-00048 |
| Plaintiff, | (Judge Brann) |
| v. | |
| LAXMI WHITE a/k/a LAUREN WHITE, | |
| Defendant. | |

## ORDER

**AND NOW**, this 27th day of April 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Lauren White's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 3) is **DENIED**.

2. The Defendant shall file and serve an answer to the complaint within fourteen (14) days of the date of this Order, pursuant to FED. R. CIV. P. 12(a)(4)(A).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge