UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWAY LOGISTICS, LLC.<br>Plaintiff<br><br>vs.<br><br>LAXMI WHITE, a/k/a LAUREN WHITE<br>Defendant | CIVIL ACTION-LAW<br><br>JURY TRIAL DEMANDED<br><br>No.: 4:20-CV-00048-MWB<br><br>(HONORABLE MATTHEW W. BRANN) |

**ENTRY OF APPEARANCE**

To the Clerk:

    Please enter my appearance on behalf of Defendant, Lauren White.

                      Respectfully submitted,

                      /s/ Travis M. Eckersley
                      Travis M. Eckersley, Esq.
                      Attorney I.D. No.: 324365
                      Oliver, Price & Rhodes
                      1212 South Abington Road
                      P.O. Box 240
                      Clarks Summit, PA 18411
                      Phone: (570) 585-1200
                      Fax: (570) 585-5100
                      Email: tme@oprlaw.com

## CERTIFICATE OF SERVICE

I, **TRAVIS M. ECKERSLEY, ESQUIRE**, of Oliver, Price & Rhodes, hereby certify that on this date, I caused the foregoing ENTRY OF APPEARANCE via the Court's ECF system on all counsel of record as authorized under Federal Rule 5(b)(2)(E) and local rule 5.6 of the United States District Court for the Middle District of Pennsylvania. I further certify that all counsel of record in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Attorney's address:

Andrew R. Carson, Esquire
1901 East College Avenue
State College, PA 16801
carson.andrew.r@gmail.com

/s/ Travis M. Eckersley
Travis M. Eckersley, Esq.